# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MARIA AMAYA,

Plaintiff,

v.

TARGET CORPORATION,

Defendant.

Case No. 1:26-cv-5268-JLT-EGC

**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

Doc. 8

The Court is in Receipt of the Parties' Stipulation to Extend Time, (Doc. 8). Pursuant to the Stipulation, and for good cause shown, IT IS HEREBY ORDERED:

1. Defendant's motion to dismiss or otherwise responsive pleading to Plaintiff's original complaint shall be due on September 14, 2026.

2. Plaintiff's opposition to any motion to dismiss shall be due on October 14, 2026.

3. Defendant's reply in support of its motion to dismiss shall be due on November 4, 2026.

IT IS SO ORDERED.

Dated: **August 5, 2026**

Erin Sny Castillo

UNITED STATES MAGISTRATE JUDGE